**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RODRIGUEZ, | ) Case No. CV 16-03007-RGK (KES) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| STEVE LANGFORD (Warden), | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 16, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE